IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-3029 |
| Plaintiff, | ) | |
| vs. | ) | Embezzlement from a Labor Union |
| | ) | 29 U.S.C. §501(c) |
| THOMAS JON WITHAM, | ) | |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury charges:

From on or about September 2002 through on or about August 2008 in the Northern District of Iowa and elsewhere, the defendant THOMAS JON WITHAM, while an officer, that is Secretary-Treasurer, of Boilermakers Lodge D-106, a labor organization engaged in an industry affecting interstate commerce, embezzled, stole, and unlawfully and willfully converted to his own use the moneys of Boilermakers Lodge D-106 in the approximate amount of $52,037.19.

This was in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL

/s/
_____
Grand Jury Foreperson

7/21/2009
_____
Date

MATT M. DUMMERMUTH
United States Attorney

By: /s/
_____
REBECCA GOODGAME EBINGER
Assistant United States Attorney